FILED
APR 09 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 13 CR 293 |
| v. | ) |
| CEDRIC MOORE | ) Violations: Title 18, United States Code, Sections 922(g)(1) and 924(e)(1) |

JUDGE THARP

MAGISTRATE JUDGE FINNEGAN

The SPECIAL AUGUST 2012 GRAND JURY charges:

On or about August 1, 2012, at Chicago, in the Northern District of Illinois, Eastern Division,

CEDRIC MOORE,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a Reck, model Baby, .22 caliber revolver, bearing serial number 25703, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL AUGUST 2012 GRAND JURY further alleges:

1. The allegations contained in this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Sections 922(g)(1), as alleged in the foregoing Indictment,

CEDRIC MOORE,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The property of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c) is: a Reck, model Baby, .22 caliber revolver, bearing serial number 25703.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY